IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
   Plaintiff

v.                                               Criminal No. 08-163 (ADC)

[2]   RAMON RAMOS-DAVIS,
   Defendant.

## ORDER

The record shall reflect that defendant's request for a Carbone Hearing and suppression of some audio recordings was timely addressed. The recordings at issues (N-1, N-3, N-6 and N-8) were examined and subsequently Magistrate-Judge Marcos E. López filed a Report and Recommendation recommending that defendant's request be granted in part and denied in part. **Docket No. 178**. No objections were filed by either party on or before the due date of August 15, 2008.

In view that the Magistrate-Judge's Report submitted a reasonable and sound recommendation, the same is adopted by the Court[1].

**SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of February, 2009.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**

---

[1] Issues addressed without objections at a prior status conference.